# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JILLIAN BARNETT, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

SEE OPTICS, INC.,

    *Defendant*.

_____/

**CLASS ACTION**

**Case No. 1:22-cv-20183-JLK**

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Jillian Barnett, and Defendant, See Optics, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Jillian Barnett, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 24, 2022

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.**<br>/s/ Andrew J. Shamis<br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>ashamis@shamisgentile.com<br>14 NE 1st Avenue, Suite 705<br>Miami, FL 33132<br>Telephone: 305-479-2299 | /s/ James A. Peterson<br>James A. Peterson, Esq.<br>Florida Bar No. 645621<br>**PETERSON LEGAL P.A.**<br>401 East Las Olas Boulevard<br>Suite 130-550<br>Fort Lauderdale, Florida 33301<br>(754) 444-8076<br>James@PetersonLegal.com |
| **Edelsberg Law, P.A.**<br>Scott Edelsberg, Esq.<br>Florida Bar No. 0100537<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180<br>Telephone: 305-975-3320<br>Email: scott@edelsberglaw.com | *Attorney for Defendant* |

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

        By: */s/ Andrew J. Shamis*
           Andrew J. Shamis, Esq.
           Florida Bar # 101754

          *Attorneys for Plaintiff and the Class*