UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JILLIAN BARNETT, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

SEE OPTICS, INC.,

*Defendant*.

_____/

**CLASS ACTION**

**Case No. 1:22-cv-20183-JLK**

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal with Prejudice, dated March 24, 2022 (the "Stipulation"), and the Court being duly advised in the premises it is hereby:

ORDERED AND ADJUDGED:

1. The Stipulation is **APPROVED**.

2. The action is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and without prejudice as to the purported Classes.

3. Plaintiff and Defendant shall bear their own attorneys' fees and costs incurred in this action.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida this 25th day of March, 2022.

_____
The Honorable James Lawrence King
United States District Court Judge